## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

TERRANCE GRISSOM,

     Petitioner,

v.

MICHAEL MEISNER,

     Respondent.

JUDGMENT IN A CIVIL CASE

12-cv-45-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for petitioner's failure to allege facts entitling him to habeas corpus relief.

By: Peter Oppeneer, Clerk of Court      4-17-12

Date