IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TERRANCE GRISSOM,

    Petitioner,

v.

MICHAEL MEISNER,

    Respondent.

JUDGMENT IN A CIVIL CASE

12-cv-45-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for petitioner's failure to allege facts entitling him to habeas corpus relief.

By: [signature], Deputy Clerk      4-17-12

Peter Oppeneer, Clerk of Court      Date